IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOUIS GARCIA,

    Petitioner,

v.                                             No. 2:22-cv-00507-KWR-KK

HECTOR RIOS, *et al*,

    Respondents.

### ORDER DENYING MOTIONS TO PROCEED *IN FORMA PAUPERIS*

**THIS MATTER** is before the Court on Petitioner's Motions to Proceed *In Forma Pauperis* (Docs. 3, 6) (IFP Motions).   Petitioner is a state prisoner proceeding *pro se*.   He seeks to prosecute his 28 U.S.C. § 2254 petition without prepaying the $5.00 fee.  *In forma pauperis* relief is only available where the petitioner's "affidavit [and] … statement of … assets [demonstrates he] … is unable to pay such fees."   28 U.S.C. § 1915(a)(1).   Petitioner does not qualify under that test. His financial statement reflects he receives over $100 per month and has an account balance of $375.17.  *See* Doc. 6.   The Court will deny the IFP Motions along with the Motion for Extension of Time to File Financial Statement (Doc. 5), which is now **MOOT.**

**IT IS ORDERED** that Petitioner's Motions to Proceed *in Forma Pauperis* (**Docs. 3, 6**) and Motion for Extension of Time to File Financial Statement (**Doc. 5**) are **DENIED**; and Petitioner **MUST PREPAY** the $5.00 filing fee within thirty (30) days of entry of this Order.   The failure to timely comply will result in dismissal of this case without further notice.

    **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**