IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOUIS GARCIA,

    Petitioner,

v.                                                                                                                                                                                                                            No. 2:22-cv-000507-KWR-KK

HECTOR RIOS, *et al*,

    Respondents.

## ORDER REOPENING CASE

**THIS MATTER** is before the Court following further research regarding the filing fee and on Petitioner's Motions to Reconsider, for Status, and for Post-Judgment Review (Doc. 11, 13) (Motions). Petitioner asks the Court to set aside the procedural dismissal of this 28 U.S.C. § 2254 case because he in fact paid the filing as directed. *See* Doc. 11. The Clerk's Office conducted a financial reconciliation based on Petitioner's allegation and discovered his $5 fee arrived in September of 2022, before the case was dismissed. The Clerk's Office credited the payment to this case to reflect that Petitioner timely complied with the payment obligation. *See* Doc. 12.

Fed. R. Civ. P. 59 affords relief where, as here, the Petitioner files the motion within 28 days after entry of the judgment and demonstrates the "need to correct … error or prevent manifest injustice." *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). Fed. R. Civ. P. 60(a) permits relief from a judgment in the event of a "clerical mistake … or … oversight or omission, whenever one is found in a judgment, order, or other part of the record." *See Morrison Knudsen Corp. v. Ground Improvement Techniques, Inc.,* 532 F.3d 1063, 1085 (10th Cir. 2008) ("clerical mistakes … may be corrected by the court at any time" under Rule 60(a)). The Court will grant relief under Rules 59 and 60(a), based on the initial misapplication of Petitioner's payment.

**IT IS ORDERED** that the Motions to Reconsider, for Status, and for Post-Judgment Review (**Doc. 11, 13**) are **GRANTED,** to the extent Petitioner seeks relief from the Order of Dismissal and Judgment entered November 17, 2022; and the Clerk's Office shall reopen the above-captioned case.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**